**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

NANCY LUCIA CANNING, ETAL
Plaintiff,

vs.

GRANNIS AND HAUGUE, ETAL
Defendant.

CV 01-424 RHK/JMM

-------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

NANCY LUCIA CANNING,
Plaintiff,

vs.

ZBIGNIEW WIECKOWSKI,
Defendant.

CV 01-425 MJD/JGL

Case No. 01-424 having been assigned to Judge RICHARD H. KYLE and Case No. 01-425 having later been assigned to Judge MICHAEL J. DAVIS, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-425 be assigned to Judge RICHARD H. KYLE AND MAGISTRATE JUDGE JOHN R. MASON, nunc pro tunc, by use of a card on the CIVIL RIGHTS List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9,2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: April 2, 2001

RICHARD H. KYLE,Judge
United States District Court

Dated: April , 2001

MICHAEL J. DAVIS,Judge
United States District Court

APR - 6 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Nancy Lucia Canning 01-425RHK/JMM

vs.

Zbigniew Wieckowski

The above-entitled matter has been re-assigned to Judge Richard H. Kyle and referred to Magistrate Judge John M. Mason as a related case to 01-cv-424RHK/JMM. Please refer to the above case number when submitting documents to the court for filing in the future.