# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nancy Lucia Canning

Case No. Civil 01-425RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Zbigneiw Wieckowski

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's application to proceed without prepayment of fees is DENIED; and the action is DISMISSED pursuant to 28 USC 1915(e)(2)(B)(ii) and Fed. R.Civ.P.12(h)(3).

DATE: May 7, 2001

FRANCIS E. DOSAL, CLERK

________________________________

Denise La Fond, Deputy Clerk